No. ——
First Circuit Appeal

## SUCESSION OF REV. WILLIAM MURRELL

(May 5, 1925, Opinion and Decree.)

(*Syllabus by the Editor.*)

1. Louisiana Digest—Appeal—Par. 483.
An appeal will be dismissed where the record is filed after the return day.

Appeal from the Parish of St. Mary, Hon. James Simon, Judge.

Chas. J. Mundy, of Thibodaux, attorney for plaintiff.

Chas. J. Boatner, of Franklin, attorney for defendant.

LECHE, J. The appeal in this case was taken February 21, 1925, and made returnable March 9, 1925. The record was filed in this court on March 23, 1925. No extension of time was asked for or granted. Appellee moves to dismiss the appeal.

Appeals to this court from the Parish of St. Mary, are made returnable at New Iberia, where the record was only transmitted and filed some 14 days after the return day.

The motion to dismiss must therefore prevail and accordingly the present appeal is dismissed.